UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, <br><br> GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, <br><br> *and* <br><br> SOUTHERN POVERTY LAW CENTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendant*. | Civil Action No. 18-2388 (CRC) |

**JOINT STATUS REPORT**

American Federation of Teachers, et al., (Plaintiffs) and the United States Department of Education (Defendant) jointly file this status report pursuant to the Court's November 21, 2018 Order. The parties have conferred about specific clarifications of the FOIA request. The parties have reached tentative agreement concerning some of the parameters of a search that would be responsive to the Plaintiffs' interests. Defendant has begun to search based on the parties' discussions. Accordingly, the parties request to file another Joint Status Report no later than December 21, 2018 in which they will advise the Court of the volume of responsive records and a schedule of production.

Respectfully submitted,

/s/ *Josephine Morse*
Josephine Morse
(D.C. Bar No. 1531317)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmorse@democracyforward.org

*Attorney for Plaintiffs*


JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:   /s/  *Benton Peterson*
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534

*Attorney for Defendant*