# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, | ) ) ) ) |
| GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, | ) ) ) ) |
| *and* | ) ) |
| SOUTHERN POVERTY LAW CENTER, | )   Civil Action No. 18-2388 (CRC) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) |
| *Defendant*. | ) ) |

## JOINT STATUS REPORT

Plaintiffs and the United States Department of Education ("Defendant") jointly file this status report pursuant to the Court's May 10, 2019, Minute Order. The parties report as follows:

1. As previously reported, Defendant has agreed to produce 500 pages of emails per month pertaining to Request 18-02718-F and Plaintiffs have agreed to identify attachments to those emails that they wish to be reviewed and produced by Defendant at the same rate.

2. On June 10, 2019, Defendant produced 512 pages of non-exempt records responsive to Request 18-02718-F. On July 8, 2019, Defendant produced 501 pages of non-exempt records responsive to Request 18-02718-F. By Defendant's estimation, there are now approximately 470 pages left to process in connection with this Request, not including any of the attachments to previously-produced records that may be identified by Plaintiffs for Defendant to review and produce.

3. The parties propose submitting a further joint status report on August 10, 2019, providing the Court with an update on the status of the production.

Dated: July 10, 2019                                Respectfully Submitted,

/s/ *Benjamin M. Seel*
BENJAMIN M. SEEL
Democracy Forward Foundation
T:  (202) 701-1772
M: (917) 208-1392

*Counsel for Plaintiffs*

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:   /s/  *Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*