UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FEDERATION OF TEACHERS, | ) ) ) ) | |
| GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, | ) ) ) | |
| *and* | ) ) | |
| SOUTHERN POVERTY LAW CENTER, | ) ) | Civil Action No. 18-2388 (CRC) |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) | |
| *Defendant*. | ) ) | |

**JOINT STATUS REPORT**

Plaintiffs and the United States Department of Education ("Defendant") jointly file this status report pursuant to the Court's July 12, 2019, Minute Order. The parties report as follows:

1. As previously reported, Defendant agreed to produce 500 pages of emails per month pertaining to Request 18-02718-F and Plaintiffs agreed to identify attachments to those emails that they wish to be reviewed and produced by Defendant at the same rate. In August 2019, Defendant completed its review and production of non-exempt emails responsive to Request 18-02718-F.

2. Since the parties' last Joint Status Report, Plaintiff has identified a number of attachments for processing and, on October 10, 2019, Defendant produced approximately 524 pages of attachments responsive to Request 18-02718-F.

3. The parties propose submitting a further joint status report on November 11, 2019, providing the Court with an update on the status of the production.

Dated: October 11, 2019          Respectfully Submitted,

/s/ *Benjamin M. Seel*
BENJAMIN M. SEEL
D.C. Bar # 1035286
Democracy Forward Foundation
1333 H Street, NW
Washington, DC 20005
(202) 701-1793
bseel@democracyforward.org

*Counsel for Plaintiffs*

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:   /s/   *Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*