UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, <br><br> GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, <br><br> *and* <br><br> SOUTHERN POVERTY LAW CENTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendant*. | Civil Action No. 18-2388 (CRC) |

**JOINT STATUS REPORT**

Plaintiffs and the United States Department of Education ("Defendant") jointly file this status report pursuant to the Court's October 16, 2019, Minute Order. The parties report as follows:

1. As previously reported, Defendant agreed to produce 500 pages of emails per month pertaining to Request 18-02718-F and Plaintiffs agreed to identify attachments to those emails that they wish to be reviewed and produced by Defendant at the same rate. In August 2019, Defendant completed its review and production of non-exempt emails responsive to Request 18-02718-F.

2. Thereafter, Plaintiff identified a number of attachments for processing and, on October 10, 2019, Defendant made an interim production containing 524 pages of responsive attachments.

3.  On November 12, 2019, Defendant made another interim production containing approximately 677 pages of attachments responsive to Request 18-02718-F.

4.  Because production of responsive attachments is not yet complete, the parties believe it is premature to either advise the Court whether disputes remain that require resolution through summary judgment briefing, or to set a briefing schedule. Instead, the parties respectfully propose submitting a further joint status report on December 12, 2019, providing the Court with an update on the status of the production.

Dated: November 12, 2019                         Respectfully Submitted,

                                  By:   /s/ *Benjamin M. Seel*
                                        BENJAMIN M. SEEL
                                        D.C. Bar # 1035286
                                        Democracy Forward Foundation
                                        1333 H Street, NW
                                        Washington, DC 20005
                                        (202) 701-1793
                                        bseel@democracyforward.org

                                        *Counsel for Plaintiffs*

                                        JESSIE K. LIU
                                        D.C. BAR # 472845
                                        United States Attorney
                                        for the District of Columbia

                                        DANIEL F. VAN HORN
                                        D.C. BAR # 924092
                                        Civil Chief

                                        /s/   *Derek S. Hammond*
                                        DEREK S. HAMMOND, D.C. Bar No. 1017784
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-2511
                                        derek.hammond@usdoj.gov

                                        *Counsel for Defendant*