**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| AMERICAN FEDERATION OF TEACHERS, | ) | |
| | ) | |
| GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | Civil Action No. 18-2388 (CRC) |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiffs and the United States Department of Education ("Defendant") jointly file this status report pursuant to the Court's November 14, 2019, Minute Order.  The parties report as follows:

1.      As previously reported, Defendant agreed to produce 500 pages of emails per month pertaining to Request 18-02718-F and Plaintiffs agreed to identify attachments to those emails that they wish to be reviewed and produced by Defendant at the same rate.  In August 2019, Defendant completed its review and production of non-exempt emails responsive to Request 18-02718-F.

2.      Plaintiff has identified a number of attachments for processing and, on December 12, 2019, Defendant produced approximately 675 pages of attachments responsive to Request 18-02718-F.

3.     The parties propose submitting a further joint status report on February 10, 2020,

providing the Court with an update on the status of the production.

Dated: December 12, 2019                        Respectfully Submitted,


By:     /s/ *Benjamin M. Seel*
        BENJAMIN M. SEEL
        D.C. Bar # 1035286
        Democracy Forward Foundation
        1333 H Street, NW
        Washington, DC 20005
         (202) 701-1793
        bseel@democracyforward.org

        *Counsel for Plaintiffs*

        JESSIE K. LIU
        D.C. BAR # 472845
        United States Attorney
        for the District of Columbia

        DANIEL F. VAN HORN
        D.C. BAR # 924092
        Civil Chief

        */s/ Derek S. Hammond*
        DEREK S. HAMMOND, D.C. Bar No. 1017784
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2511
        derek.hammond@usdoj.gov

        *Counsel for Defendant*