UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE,<br><br>*and*<br><br>SOUTHERN POVERTY LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 18-2388 (CRC) |

## JOINT STATUS REPORT

Plaintiffs and the United States Department of Education ("Defendant") jointly file this status report pursuant to the Court's December 13, 2019, Minute Order. The parties report as follows:

1. As previously reported, Defendant agreed to produce 500 pages of emails per month pertaining to Request 18-02718-F, and Plaintiffs agreed to identify attachments to those emails that they wish to be reviewed and produced by Defendant at the same rate. In August 2019, Defendant completed its review and production of non-exempt emails responsive to Request 18-02718-F.

2. Plaintiff has identified a number of attachments for processing and, on January 14, 2020, Defendant processed 668 pages of attachments responsive to Request 18-02718-F. Defendant anticipates making its next production to Plaintiff on February 12, 2020.

3. The parties propose submitting a further joint status report on April 10, 2020, providing the Court with an update on the status of the production.

Dated: February 7, 2020                                   Respectfully Submitted,

                                                By:     /s/ *Benjamin M. Seel*
BENJAMIN M. SEEL
D.C. Bar # 1035286
Democracy Forward Foundation
1333 H Street, NW
Washington, DC 20005
(202) 701-1793
bseel@democracyforward.org

*Counsel for Plaintiffs*

TIMOTHY J. SHEA
D.C. BAR # 437437
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

*Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*