UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, <br><br> GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, <br><br> *and* <br><br> SOUTHERN POVERTY LAW CENTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendant*. | Civil Action No. 18-2388 (CRC) |

**JOINT STATUS REPORT**

Plaintiffs and the United States Department of Education ("Defendant") jointly file this status report pursuant to the Court's February 10, 2020 Minute Order. The parties report as follows:

1. As previously reported, Defendant agreed to produce 500 pages of emails per month pertaining to Request 18-02718-F, and Plaintiffs agreed to identify attachments to those emails that they wish to be reviewed and produced by Defendant at the same rate. In August 2019, Defendant completed its review and production of non-exempt emails responsive to Request 18-02718-F. Thereafter, Plaintiffs identified a number of attachments, which Defendant has since been processing.

2. On February 12, 2020, Defendant processed and produced 577 pages of attachments responsive to Request 18-02718-F. On March 13, 2020, Defendant processed and produced 521

pages of attachments responsive to Request 18-02718-F. Defendant anticipates producing to Plaintiff 536 pages of attachments responsive to Request 18-02718-F on April 13, 2020.

3. After the Defendant's anticipated April production, there will be approximately 1,826 pages of attachments left to process, which Defendant expects to complete by mid-August.

4. The parties propose submitting a further joint status report on June 10, 2020, providing the Court with an update on the status of the production.

Dated: April 10, 2020                           Respectfully Submitted,

/s/ *Benjamin M. Seel*
BENJAMIN M. SEEL
D.C. Bar # 1035286
Democracy Forward Foundation
1333 H Street, NW
Washington, DC 20005
(202) 701-1793
bseel@democracyforward.org

*Counsel for Plaintiffs*

TIMOTHY J. SHEA
D.C. BAR # 437437
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

*Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*