UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS,<br><br>GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE,<br><br>  *and*<br><br>SOUTHERN POVERTY LAW CENTER,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  *Defendant*. | Civil Action No. 18-2388 (CRC) |

## JOINT STATUS REPORT

Plaintiffs and the United States Department of Education ("Defendant") jointly file this status report pursuant to the Court's April 14, 2020, Minute Order. The parties report as follows:

1. As previously reported, Defendant agreed to produce 500 pages of emails per month pertaining to Request 18-02718-F, and Plaintiffs agreed to identify attachments to those emails that they wish to be reviewed and produced by Defendant at the same rate. In August 2019, Defendant completed its review and production of non-exempt emails responsive to Request 18-02718-F. Thereafter, Plaintiffs identified a number of attachments, which Defendant has since been processing.

2. On June 12, 2020, Defendant processed and produced 672 pages of attachments responsive to Request 18-02718-F.

3. On July 13, 2020, Defendant completed its response to Plaintiff by processing and producing the remaining 480 pages of attachments responsive to Request 18-02718-F.

4. The parties propose submitting a further joint status report on October 12, 2020.

Dated: August 10, 2020                                   Respectfully Submitted,

/s/ *Benjamin M. Seel*
BENJAMIN M. SEEL
D.C. Bar # 1035286
Democracy Forward Foundation
1333 H Street, NW
Washington, DC 20005
(202) 701-1793
bseel@democracyforward.org

*Counsel for Plaintiffs*

MICHAEL R. SHERWIN
Acting United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

*Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*