UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, <br><br> GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, <br><br> *and* <br><br> SOUTHERN POVERTY LAW CENTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendant*. | Civil Action No. 18-2388 (CRC) |

**JOINT STATUS REPORT**

Plaintiffs and the United States Department of Education ("Defendant") jointly file this status report pursuant to the Court's April 14, 2020, Minute Order. The parties report as follows:

1. As previously reported, Defendant completed its response to Plaintiffs' Freedom of Information Act requests and the parties are in discussions concerning the adequacy of that response.

2. Defendant has agreed to provide Plaintiff with a draft *Vaughn* index of attachments that were withheld in their entirety by November 2, 2020. The parties are hopeful that, through their discussions, they will be able to resolve any issues without the need for further litigation.

3. In light of the foregoing, the parties propose submitting a further joint status report on November 12, 2020.

Dated: October 9, 2020                    Respectfully Submitted,


/s/ *Benjamin M. Seel*
BENJAMIN M. SEEL
D.C. Bar # 1035286
Democracy Forward Foundation
1333 H Street, NW
Washington, DC 20005
 (202) 701-1793
bseel@democracyforward.org

*Counsel for Plaintiffs*

MICHAEL R. SHERWIN
Acting United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

*Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*