UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.,* )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF EDUCATION, )<br><br>*Defendant*. ) | Civil Action No. 18-2388 (CRC) |

**JOINT STATUS REPORT**

Plaintiffs and the United States Department of Education ("Defendant" or the "Agency") jointly respectfully submit this Joint Status Report pursuant to the Court's November 13, 2020, Minute Order. The parties report as follows:

1. As previously reported, Defendant completed its response to Plaintiffs' Freedom of Information Act requests and the parties are in discussions concerning the adequacy of that response.

2. On November 2, 2020, Defendant provided Plaintiff with a draft *Vaughn* index of attachments that were withheld in their entirety. While preparing this document, the Agency determined that its system failed to pull in some attachments for review. The Agency is in the process of locating, processing, and producing any responsive, non-exempt information to Plaintiffs, but its efforts were somewhat delayed by technical issues in the Agency's search software that have now been resolved. The Agency expects to produce this remaining material within the next two weeks.

3.	Plaintiff continues to review the *Vaughn* index to determine whether any disputes remain in this matter. The parties are hopeful that, through their discussions, they will be able to resolve any issues without the need for further litigation.

4.	In light of the foregoing, the parties propose submitting a further joint status report on January 11, 2021.

Dated: December 11, 2020			Respectfully Submitted,


/s/ *Benjamin M. Seel*
BENJAMIN M. SEEL
D.C. Bar # 1035286
Democracy Forward Foundation
1333 H Street, NW
Washington, DC 20005
 (202) 701-1793
bseel@democracyforward.org

*Counsel for Plaintiffs*

MICHAEL R. SHERWIN
Acting United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

*Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*