# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, <br><br> GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, <br><br> *and* <br><br> SOUTHERN POVERTY LAW CENTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendant*. | Civil Action No. 18-2388 (CRC) |

## STIPULATION OF DISMISSAL

Plaintiffs, American Federation of Teachers, Giffords Law Center to Prevent Gun Violence, and Southern Poverty Law Center, and Defendant, the U.S. Department of Education, hereby stipulate to dismissal of this matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own attorneys' fees and costs.

Dated: December 23, 2020                Respectfully Submitted,

/s/ *Benjamin M. Seel*
BENJAMIN M. SEEL
D.C. Bar # 1035286
Democracy Forward Foundation
1333 H Street, NW
Washington, DC 20005
 (202) 701-1793
bseel@democracyforward.org

*Counsel for Plaintiffs*

- 2 -

MICHAEL R. SHERWIN
Acting United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

*Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*